UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ACCESS 4 ALL, INC., JOE HOUSTON,

    **Plaintiffs,**

-vs-                                    Case No. 6:10-cv-1160-Orl-28DAB

HAYNES & SMITH, LLC,

    **Defendant.**

## ORDER

This case is before the Court on the Amended Stipulation For Approval and Entry of Consent Decree and Dismissal of Case with Prejudice Stipulation Agreement for Fees and Costs (Doc. No. 33) filed May 23, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 14, 2011 (Doc. No. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Stipulation For Approval and Entry of Consent Decree and Dismissal of Case with Prejudice Stipulation Agreement for Fees and Costs (Doc. No. 33) is **GRANTED**.

3. The Consent Decree is incorporated in a separate Order, entered contemporaneously with this Order.

4. The Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice Stipulation Agreement For Fees and Costs (Doc. No. 31) is **DENIED as moot.**

5. This case is dismissed with prejudice.

6. The Court will retain jurisdiction until December 30, 2011, to enforce the Consent Decree.

7. The Clerk of the Court is directed to close this case.

**DONE and ORDERED** in Chambers, Orlando, Florida this 5 day of July, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record

-2-